Timothy M. Lynch, Esq.
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, AK 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, )<br>a North Dakota Corporation, )<br> )<br>   Plaintiff, )<br>v. )<br> )<br>BEAR MOUNTAIN LODGE, LLC, et al. )<br> )<br>   Defendants. )<br>                ) | Case No. 3:15-cv-00189-JWS |

**NOTICE OF DISMISSAL BEFORE ANSWER OF**
**<u>TEXAS TURBINE CONVERSIONS, INC.</u>**
**[FRCP 41(a)(1)(A)(i)]**

  COMES NOW Plaintiff, Great Divide Insurance Company, by and through its counsel of record, Hozubin, Moberly, Lynch & Associates, and hereby files its *Notice of Dismissal Before Answer* in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) of Texas Turbine Conversions, Inc. Each party shall bear its own costs and attorney fees incurred in this matter.

/

/

/

/

Notice of Dismissal Before Answer - Texas Turbine Conversions, Inc.    Page 1 of 2
*Great Divide Insurance Co. v. Bear Mountain Lodge, et al.*    Civil Action No. 3:15-cv-00189 JWS

Case 3:15-cv-00189-JWS  Document 33  Filed 12/15/15  Page 1 of 2

DATED at Anchorage, Alaska this 15th day of December 2015.

>HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
>Attorney for Great Divide Insurance Company
>
>By: /s/Timothy M. Lynch
>Timothy M. Lynch
>Alaska Bar No. 7111030
>HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
>711 M Street, Suite 2
>Anchorage, AK 99501
>(907) 276-5297 telephone
>(907) 276-5291 facsimile
>tlynch@northlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of December, 2015, a true and correct copy of the foregoing was served ELECTRONICALLY via CM/ECF on:

Blake H. Call, Esq.
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501

David K. Gross, Esq.
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501

James N. Leik, Esq.
Perkins Coie, LLP
1029 West 3rd Avenue, Suite 300
Anchorage, AK 99501

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: /s/Timothy M. Lynch
4824.32/Court Documents/Drafts/2015-12-15 Notice of Dismissal of Texas Turbine Conversions, Inc.

Notice of Dismissal Before Answer – Texas Turbine Conversions, Inc.  Page 2 of 2
*Great Divide Insurance Co. v. Bear Mountain Lodge, et al.*  Civil Action No. 3:15-cv-00189 JWS

Case 3:15-cv-00189-JWS   Document 33   Filed 12/15/15   Page 2 of 2