Timothy M. Lynch, Esq.
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, )<br>a North Dakota Corporation, )<br> )<br>      Plaintiff, )<br>v. )<br> )<br>BEAR MOUNTAIN LODGE, LLC, et al. )<br> )<br>      Defendants. )<br>_____) | Case No. 3:15-cv-00189 -JWS |

### NOTICE OF DISMISSAL BEFORE ANSWER OF VIKING AIR LTD.
### [FRCP 41(a)(1)(A)(i)]

COMES NOW PLAINTIFF, Great Divide Insurance Company, by and through its counsel of record, Hozubin, Moberly, Lynch & Associates, and hereby files its *Notice of Dismissal Before Answer,* in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), of Viking Air Ltd., a foreign corporation incorporated in Canada. Each party shall bear its own costs and attorney fees incurred in this matter.

/

/

/

Notice of Dismissal Before Answer - Viking Air Ltd.      Page 1 of 2
*Great Divide Insurance Co. v. Bear Mountain Lodge, et al.*    Civil Action No. 3:15-cv-00189-JWS

Case 3:15-cv-00189-JWS   Document 34   Filed 12/15/15   Page 1 of 2

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

DATED at Anchorage, Alaska, this 15th day of December 2015.

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
Attorney for Great Divide Insurance Company

By: /s/Timothy M. Lynch
Timothy M. Lynch
Alaska Bar No. 7111030
HOZUBIN, MOBERLY, LYNCH & ASSOC.
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of December, 2015, a true and correct copy of the foregoing was served ELECTRONICALLY via CM/ECF on:

Blake H. Call, Esq.
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501

David K. Gross, Esq.
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501

James N. Leik, Esq.
Perkins Coie, LLP
1029 West 3rd Avenue, Suite 300
Anchorage, AK 99501

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: /s/Timothy M. Lynch
4824.32/Court Documents/Drafts/2015-12-15 Notice of Dismissal of Viking Air, Ltd.

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Notice of Dismissal Before Answer - Viking Air Ltd.                                    Page 2 of 2
*Great Divide Insurance Co. v. Bear Mountain Lodge, et al.*                Civil Action No. 3:15-cv-00189-JWS

Case 3:15-cv-00189-JWS   Document 34   Filed 12/15/15   Page 2 of 2