Rebecca J. Hozubin, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 - Telephone
907-276-5291 - Facsimile
rebecca@akdefenselaw.com
Alaska Bar No. 9806016

*Attorneys for Great Divide Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, ) <br> a North Dakota Corporation, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEAR MOUNTAIN LODGE, LLC, et al. ) <br> ) <br>     Defendants. ) <br> _____) | Case No. 3:15-cv-00189-JWS |

## **STIPULATION TO DISMISS WITH PREJUDICE**

The parties to this matter, through their respective counsel, do hereby stipulate and agree to the dismissal of this matter with prejudice. Each party will bear its own attorney's fees and costs.

DATED this 23rd day of December 2016.

        HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
        *Attorneys for Great Divide Insurance Company*

        By: /s/ Rebecca J. Hozubin
            Rebecca J. Hozubin
            711 M Street, Suite 2
            Anchorage, AK 99501
            907-276-5297 - Telephone
            907-276-5291 - Facsimile
            rebecca@akdefenselaw.com
            Alaska Bar No. 9806016

DATED this 23rd day of December 2016.

        EHRHARDT, KELLEY, AND COOLEY
        *Attorneys for Mary Rediske*

        By: /s/ Sean Kelley
            Sean Kelley
            215 Fidalgo Avenue, Suite 201
            Kenai, AK 99611
            907-283-2876 - Telephone
            907-283-2896 - Facsimile
            sean@907legal.com
            Alaska Bar No.1405025

DATED this 23rd day of December 2016.

        FRIEDMAN RUBIN
        *Attorney for Mary Rediske*

        By: /s/ Alisa R. Brodkowitz
            Alisa R. Brodkowitz
            81 Vine Street, Suite 202
            Seattle, WA 98121
            206-838-7531- Telephone
            907-838-7532 - Facsimile
            alisa@brodkowitzlaw.com

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291
HMLAdmin@akdefenselaw.com

DATED this 23rd day of December 2016.

        BIRCH, HORTON, BITTNER & CHEROT
        *Attorneys for Bear Mountain Lodge, LLC, Merrill M.*
        *McGahan, Laurie B. Johnson, and Merrill Marie McGahan*

        By: /s/ David Karl Gross
           David Karl Gross
           1127 West Seventh Avenue
           Anchorage, AK 99501
           907-276-1550 – Telephone
           907-276-3680 - Facsimile
           Alaska Bar No. 9611065
           dgross@bhb.com

DATED this 23rd day of December 2016.

        RICHMOND & QUINN
        *Attorneys for Rediske Family Limited Partnership*
        *and JB Leasing Company, LLC*
        By: /s/ Robert L. Richmond
           Robert L. Richmond
           360 K Street, Suite 200
           Anchorage, AK 99501
           907-276-5727 - Telephone
           907-276-2953 - Facsimile
           Alaska Bar No. 1505015
           brichmond@richmondquinn.com

DATED this 23rd day of December 2016.

        THE ROSEN LAW FIRM, P.C.
        *Attorneys for Lyla Rediske*

        By: /s/ Steven O. Rosen
           Steven O. Rosen
           1000 SW Broadway, Suite 1220
           Portland, OR 97205
           503-525-2525 - Telephone
           503-525-2526 - Facsimile
           Rosen@RosenLawFirm.com

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291
HMLAdmin@akdefenselaw.com

DATED this 23rd day of December 2016.

                                      LAW OFFICES OF MICHAEL J. SCHNEIDER, P.C.
*Attorney for Hubert Wayne Clayton, Johnnie Dickert, Rachel Dickert, Crisler G. Johnson, Larry D. Kessler, Kathleen M. McManus, and Lawrence F. McManus, Jr.*

By: /s/ Michael J. Schneider
    Michael J. Schneider
    880 N Street, Suite 202
    Anchorage, AK 99501
    907-277-9306 - Telephone
    907-274-8201 – Facsimile
    Alaska Bar No. 7510088
    mschneider@aktriallaw.com

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291
HMLAdmin@akdefenselaw.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that
on the 23rd day of December 2016, a true and
correct copy of the foregoing was served
ELECTRONICALLY via CM/ECF on:

Blake H. Call, Esq.
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501
*[Attorney for Recon Air – Term. 12/15/15]*
*[Attorney for Lyla Rediske]*

Peter R. Ehrhardt, Esq.
Sean Kelley, Esq.
Ehrhardt, Kelley, and Cooley
215 Fidalgo Avenue, Suite 201
Kenai, AK 99611
*[Attorneys for Mary Rediske]*

David K. Gross, Esq.
Jack R. McKenna, Esq.
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
*[Attorney for Bear Mountain Lodge, LLC]*
*[Attorney for Laurie B. Johnson]*
*[Attorney for Merrill M. McGahan]*
*[Attorney for Merrill Marie McGahan]*

Robert L. Richmond, Esq.
Marc G. Wilhelm, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
*[Attorney for Rediske Family Limited Partnership]*
*[Attorney for JB Leasing Company, LLC]*

Steven O. Rosen, Esq.
Lisa Lear, Esq.
The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, OR 97205
[*Attorney for Lyla Rediske*]

Michael J. Schneider, Esq.
Law Offices of Michael J. Schneider, P.C.
880 N Street, Suite 202
Anchorage, AK 99501
*[Attorney for Hubert Wayne Clayton]*
*[Attorney for Johnnie Dickert]*
*[Attorney for Rachel Dickert]*
*[Attorney for Crisler G. Johnson]*
*[Attorney for Larry D. Kessler]*
*[Attorney for Kathleen M. McManus]*
*[Attorney for Lawrence F. McManus, Jr.]*

Alisa R. Brodkowitz, Esq.
Friedman Rubin
81 Vine Street, Suite 202
Seattle, WA 98121
*[Attorney for Mary Rediske]*

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By:  s/Rebecca J. Hozubin
4824.32/Court Docs/ Stip to Dismiss- all